# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| KERRY H. KEATHLEY and PHILLIP M. KEATHLEY, as Trustees of the Harold L. Keathley Amended and Restated Revocable Trust, dated May 19, 2010 <br> PLAINTIFFS <br><br> V. <br><br> KEVIN J. KEATHLEY <br> DEFENDANT | CASE NO. 4:18CV00925 SWW |

## ORDER

Pursuant to the parties' stipulation of dismissal [ECF No. 8], this case is dismissed with prejudice, each side to bear its own costs and fees (except as otherwise agreed by the parties).

IT IS SO ORDERED THIS 11TH DAY OF MARCH, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE